IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TRACY L. TODD,

       Plaintiff,                                03cv1060

   v.                                   **ELECTRONICALLY FILED**

WARDEN L. P. BENNING, ET AL.,

       Defendants.

<u>Rule to Show Cause</u>

       In light of the fact that neither the Court nor counsel have been able to communicate with plaintiff at plaintiff's last known address, and because plaintiff has failed to attend a settlement conference scheduled for this date, a Rule to Show Cause is issued as to why this case should not be dismissed, with prejudice, for failure to prosecute. Plaintiff shall file a response, setting forth good cause why this case should not be dismissed, on or before November 5, 2006.

                                 SO ORDERED this 26th day of October, 2006.

                                 s/Arthur J. Schwab_____
                                 Arthur J. Schwab
                                 United States District Judge

cc:     All counsel of record as listed below

Tracy L. Todd (via Certified Mail)
YMCA
600 W. North Avenue
Pittsburgh, PA 15212

Craig E. Maravich, Esquire
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219